ACCEPTED
03-14-00714-CV
3992612
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/2/2015 5:51:42 PM
JEFFREY D. KYLE
CLERK

# No. 03-14-00714-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/2/2015 5:51:42 PM
JEFFREY D. KYLE
Clerk

COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

_____

KEVIN TARR,
Appellant,

v.

LANTANA SOUTHWEST HOMEOWNERS' ASSOCIATION, INC.,
Appellee.

_____

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE HONORABLE COURT OF APPEALS:

Please take notice that Matthew Ploeger hereby appears as lead appellate counsel for Appellant Kevin Tarr in this matter. Mr. Ploeger's contact information and Texas Bar number are as follows:

Matthew Ploeger
State Bar No. 24032838
Law Office of Matthew Ploeger
901 South Mopac Expressway, Suite 300
Barton Oaks Plaza, Building One
Austin, Texas 78746
Telephone: 512.298.2088
Fax: 512.298.1787
Matthew@PloegerLaw.com

Appellant requests that the parties to this appeal take notice of this designation, and that both the Court and the parties send notices or any other communications regarding this appeal to the appropriate counsel noted above.

<div style="margin-left:45%">

Respectfully submitted,

*/s/ Matthew Ploeger*
Matthew Ploeger
State Bar No. 24032838
LAW OFFICE OF MATTHEW PLOEGER
901 S. Mopac Expressway, Suite 300
Barton Oaks Plaza, Building One
Austin, Texas 78746
P: 512.298.2088
F: 512.298.1787
Matthew@PloegerLaw.com
*Attorney for Appellant*

</div>

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was forwarded to all counsel of record by the Electronic Filing Service Provider:

Gregory B. Godkin
Roberts Markel Weinberg, PC
2800 Post Oak Blvd., 57th Floor
Houston, TX 77056
713.840.1666–telephone
713.840.9404–facsimile

<div style="margin-left:45%">

*/s/ Matthew Ploeger*
Matthew Ploeger
Dated: February 2, 2015

</div>